**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-20-00063-CV**
_____

**IN THE INTEREST OF C.D.**

**On Appeal from the 317th District Court**
**Jefferson County, Texas**
**Trial Cause No. C-236,786**

**MEMORANDUM OPINION**

In this appeal, C.D., C.B.'s mother, filed a notice of appeal from a temporary court order the trial court signed following a hearing in a suit affecting the parent-child relationship (SAPCR). After Mother's attorney filed the notice, we questioned our jurisdiction over the appeal. In a letter the Court sent to the parties, we asked the parties to file written responses explaining the statute or rule that provided this Court with jurisdiction to consider an appeal from the trial court's interlocutory order.

1

The parties' responses were due on March 16, 2020. In the same letter, we warned the parties we would dismiss the appeal unless they established the Court could exercise jurisdiction over the appeal.

None of the parties filed a response. Moreover, the trial court's interlocutory order is not appealable. *See* Tex. Fam. Code Ann. § 105.001(e). We may dismiss Mother's appeal because Mother has not shown she is seeking to appeal form an order that is appealable at this time. *See* Tex. R. App. P. 42.3. We dismiss the appeal for lack of jurisdiction.

APPEAL DISMISSED.

PER CURIAM

Submitted on April 1, 2020
Opinion Delivered April 2, 2020

Before McKeithen, C.J., Horton and Johnson, JJ.